UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEE RIDOUT,<br><br>   Plaintiff,<br><br>  v.<br><br>G. ELLIS, C.E.O., *et al.*,<br><br>   Defendants.<br>_____/ | No. C-11-2883 EMC (pr)<br><br>**ORDER GRANTING DEFENDANTS'**<br>**MOTION TO STAY DISCOVERY**<br><br>**(Docket No. 22)** |

  Defendants have moved for a stay of discovery pending resolution of their motion to dismiss and for summary judgment in which they raise a defense of qualified immunity. Upon due consideration, Defendants' motion to stay discovery is **GRANTED**. Docket # 22. The U.S. Supreme Court has made it abundantly clear that a district court should stay discovery until the threshold question of qualified immunity is settled. *See Crawford-El v. Britton*, 523 U.S. 574, 598 (1998); *Anderson v. Creighton*, 483 U.S. 635, 646 n.6 (1987); *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982). All discovery is **STAYED** until the Court rules on Defendants' motion to dismiss and for summary judgment. This ruling means that Plaintiff must prepare his opposition to Defendants' motion to dismiss and for summary judgment without the benefit of any discovery he has not yet received.

  IT IS SO ORDERED.

Dated: May 18, 2012

                 _____
                 EDWARD M. CHEN
                 United States District Judge