UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEE RIDOUT, | No. C-11-2883 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| G. ELLIS, C.E.O., *et al.*, | |
| Defendants. _____/ | |

On July 9, 2012, mail was sent from the Court to Plaintiff at the address he provided in his most recent filing and was returned undelivered on July 20, 2012, marked "return to sender" and "paroled." More than sixty days have passed since the mail was returned to the Curt undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding *pro se* must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send a current address within sixty days of the return of the undelivered mail.

///
///
///
///
///

This action is **DISMISSED** without prejudice because Plaintiff failed to keep the Court informed of his address in compliance with Local Rule 3-11(a). In light of the dismissal, Defendants' motion to dismiss and for summary judgment is **DISMISSED** as moot. (Docket # 18.) The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: September 25, 2012

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California